## Commonwealth *v.* Pinciotti, Appellant.

Argued November 9, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, and POMEROY, JJ.

*Desmond J. McTighe,* with him *Philip D. Weiss, William M. Power,* and *McTighe, Koch, Brown & Weiss,* for appellant.

*Stephen B. Harris,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 11, 1971:

AND NOW, to wit, this 11th day of November 1971, the petition for the allowance of an appeal having

624

been improvidently granted, the above captioned appeal is dismissed.

Mr. Chief Justice BELL and Mr. Justice BARBIERI, took no part in the consideration or decision of this case.